February 21, 2018

Clerk of Court
United States District Court
Southern District of Texas
McAllen Division
1701 Business Hwy. 83
McAllen, TX 78501-5178



Re: Case No._____;
    (USDC #7:12-CR-00191-S2-012);
    <u>United States of America v Ricardo Ortiz</u>;
    First 28 U.S.C. § 2255 Motion to Vacate, Remand
    or Correct Sentence.

Dear Madam/Sir,

Please find herewith Ricardo Ortiz's First 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct Sentence, which I respectfully request that you file in the normal course and set on the Court's calendar for disposition.

Please stamped "FILED" on a copy of this transmittal letter and return to the undersigned. I have included a self-addressed, stamped envelope for your convenience.

Thanking you in advance for your assistance in this matter.

Sincerely,

Ricardo Ortiz
Reg. #09007-379
FCI Beaumont Low
P.O. Box 26020
Beaumont, TX 77720-6020